IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JACOB MERILLAT**  **PLAINTIFF**
ADC #162088

v.  No. 4:21-cv-892-DPM

**JOHN STALEY**, Sheriff,
Lonoke County, and **KRISTI
FLUD**, Jail Administrator,
Lonoke County  **DEFENDANTS**

ORDER

1. The Court withdraws the reference.

2. Merillat hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 November 2021